UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-164-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAYMOND VEARL SORENSEN,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Government shall file a response to Defendant's Motion for Order Requesting Sentence Adjustment for Concurrent Dispositions Regarding Federal Case 04-cr-00464-WYD and State Case 04-cr-3183, filed June 21, 2011 [ECF No. 35], no later than **Friday, October 28, 2011**.

    Dated:  October 7, 2011.